IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 6:25-CR-00068-JDK |
| § § § | |
| BRANDON MARKEITH § JEFFERY (4) § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND FINDING DEFENDANT GUILTY**

The Court referred this matter to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count Three of the Indictment.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the Magistrate Judge. The Court also accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with Defendant's guilty plea, the Court finds Defendant Brandon Markeith Jeffery (4) **GUILTY** of Count Three of the Indictment, charging a violation of Title 21 U.S.C. § 841(a)(1) - Possession with the Intent to Distribute Cocaine.

So **ORDERED** and **SIGNED** this **6th** day of **November, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE